Shannon Stephens VEAL, Appellant

v.

NATIONSTAR MORTGAGE, LLC, Appellee

No. 05–15–00181–CV

Court of Appeals of Texas, Dallas.

Opinion Filed April 29, 2015.

Shannon Stephens Veal, Cedar Hill, TX, pro se.

Thomas G. Yoxall, Dallas, TX, for Appellee.

Before Justices Fillmore, Myers, and Evans

## MEMORANDUM OPINION

Opinion by Justice Fillmore

Appellant Shannon Stephens Veal, purportedly on behalf of both herself and Reginald Veal, has filed a "notice," signed by Shannon Stephens Veal *pro se*, informing the Court "they are taking a nonsuit of their entire case" against appellee Nationstar Mortgage, LLC. We construe the notice as a motion to dismiss the appeal pursuant to rule of appellate procedure 42.1(a)(1). *See* TEX.R.APP. P. 42.1(a)(1).

Both the caption of the notice of appeal and the docketing statement in this

case identify Shannon Stephens Veal and Reginald Veal as "appellants"; however, the notice of appeal is signed only by Shannon Stephens Veal on behalf of "Shannon Stephens Veal, et al." Generally, an individual must appear in person or by attorney, and an unrepresented party must sign any document the party files with the Court. *See* TEX.R.APP. P. 9.1(b); *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex.1996). Nothing in our record indicates Shannon Stephens Veal is a licensed attorney, and no filings in this Court have been signed by Reginald Veal. Accordingly, we conclude the only parties to this appeal are Shannon Stephens Veal and Nationstar Mortgage, LLC.

We grant Shannon Stephens Veal's motion and dismiss the appeal. *See* TEX. R.APP. P. 43.2(f).